SEALED

1

2

# UNITED STATES DISTRICT COURT

3

## DISTRICT OF NEVADA

4

5

-oOo-

6

7 IN THE MATTER OF:                    )   Mag. Case No.
                                        )                2:16-mj-000226-NJK
8 CRIMINAL COMPLAINT AND               )
  AFFIDAVIT IN                         )
9                                       )
  UNITED STATES OF AMERICA             )
10 (Plaintiff)                          )
                                        )
11      vs.                             )
                                        )
12 SEAN CHRISTOPHER SLADEK              )
   (Defendant)                         )
13

14                        SEALING ORDER

15       Based on the pending Application of the Government, and good cause appearing therefor,

16       IT IS HEREBY ORDERED that the Affidavit, together with the Court's Order, in

17 the above-captioned matter shall be sealed until further Order of the Court.

18       DATED this 31st day of March, 2016.

19

20                        _____
                          UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26